UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen M. Medlock of the law firm of Mayer Brown LLP, 1999 K Street NW, Washington, D.C. 20006, (202) 263-3000, for purposes of appearance as co-counsel on behalf of Plaintiffs

740164616.2 23-Feb-21 09:20

in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen M. Medlock to receive electronic filings in this case, and in support thereof states as follows:

1. Stephen M. Medlock is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar, Virginia State Bar, the United States District Court for the District of Columbia, the United States Courts of Appeal for the Third, Eighth, Ninth, and Eleventh Circuits, and the United States Supreme Court. Mr. Medlock has already been admitted to appear before this Court *pro hac vice* in *PDVSA U.S. Litigation Trust v. Lukoil Pan Americas LLC, et al.*, 1:18-cv-20818 (S.D. Fla.).

2. Movant, Jaime D. Guttman, Esquire, of the law firm of Scale Law Partners, LLC, 777 Brickell Ave, Suite 500, Miami, FL 33131, (305) 515-0263, is lead counsel and a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen M. Medlock has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stephen M. Medlock, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen M. Medlock at email address: SMedlock@mayerbrown.com.

WHEREFORE, Jaime D. Guttman, moves this Court to enter an Order for Stephen M. Medlock to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen M. Medlock.

Date: February 23, 2021          Respectfully submitted,

          /s/ Jaime D. Guttman

Jaime D. Guttman (Florida Bar No. 44076)
jaime@scale.law
Scale Law Partners, LLC
777 Brickell Ave Suite 500
Miami, FL 33131-2803
Telephone: (305) 515-0263
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC");  THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.
_____/

## CERTIFICATION OF STEPHEN M. MEDLOCK

Stephen M. Medlock, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar, Virginia State Bar, the United States District Court for the District of Columbia, the United States Courts of Appeal

for the Third, Eighth, Ninth, and Eleventh Circuits, and the United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ Stephen M. Medlock  
Stephen M. Medlock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC");  THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen M. Medlock, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

740164616.2 23-Feb-21 09:20

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Stephen Medlock, may appear and participate in this action on behalf of Plaintiffs.  The Clerk shall provide electronic notification of all electronic filings to Stephen Medlock, at SMedlock@mayerbrown.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____.

                                                United States District Judge

Copies furnished to: All Counsel of Record