UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC");  THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alex C. Lakatos of the law firm of Mayer Brown LLP, 1999 K Street NW, Washington, D.C. 20006, (202) 263-3000, for purposes of appearance as co-counsel on behalf of Plaintiffs in the

above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alex C. Lakatos to receive electronic filings in this case, and in support thereof states as follows:

1. Alex C. Lakatos is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar, the United States District Court for the District of Columbia, and the United States Supreme Court.  Mr. Lakatos has already been admitted to appear before this Court *pro hac vice* in *Sucesores de Don Carlos Nunez y Dona Pura Galvez, Inc. v. Societe Generale, S.A.*, 1:19-cv-22842-DPG (S.D. Fla.), a case that was subsequently transferred to the Southern District of New York.

2. Movant, Jaime D. Guttman, Esquire, of the law firm of Scale Law Partners, LLC, 777 Brickell Ave, Suite 500, Miami, FL 33131, (305) 515-0263, is lead counsel and a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Alex C. Lakatos has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Alex C. Lakatos, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alex C. Lakatos at email address: alakatos@mayerbrown.com.

WHEREFORE, Jaime D. Guttman, moves this Court to enter an Order for Alex C. Lakatos to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alex C. Lakatos .

Date: February 22, 2021                Respectfully submitted,

                                                /s/ Jaime D. Guttman

Jaime D. Guttman (Florida Bar No. 44076)
jaime@scale.law
Scale Law Partners, LLC
777 Brickell Ave Suite 500
Miami, FL 33131-2803
Telephone: (305) 515-0263
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC");  THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.
_____/

## CERTIFICATION OF ALEX C. LAKATOS

Alex C. Lakatos, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the District of Columbia Bar, the United States District Court

for the District of Columbia, and the United States Supreme Court; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/ Alex C. Lakatos
Alex C. Lakatos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Alex C. Lakatos, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

740184746.1 23-Feb-21 11:37

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Alex C. Lakatos, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Alex C. Lakatos, at alakatos@mayerbrown.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record