UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES

**MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO**,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS, FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"), THE CARTEL OF THE SUNS a.k.a. CARTEL DE LOS SOLES, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, and TAREK WILLIAMSAAB**,

    Defendants.

_____/

## ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for an Order Directing Service by the U.S. Marshal's Office (the "Motion") [ECF No. 5]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for an Order Directing Service by the U.S. Marshal's Office, [ECF No. 5], is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Office, Colorado District Office, is directed to serve the Complaint, [ECF No. 1], and Summons of Fuerzas Armada Revolucionarias de Columba, [ECF No. 5-1], on Juvenal Ovidio Ricardo Palmera Pineda (BOP Inmate #27896-016) at USP Florence Admax in accordance with the applicable Special Administrative Measures or BOP Regulations.

3. The U.S. Marshal's Office must return a completed Form USM-285 (Process Receipt and Return) to Plaintiffs' counsel **within 10 days** after service.

**DONE AND ORDERED** in Chambers in Miami, Florida this 2nd day of March, 2021.

---
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE