IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLOMBIA ("FARC");  THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Defendants,
_____/

## NOTICE OF STRIKING OF ECF NO. 13

As directed by the Clerk (ECF No. 14), Plaintiffs respectfully submit this notice of striking of Plaintiffs' Motion for Alternative Service (ECF No. 13).  Plaintiffs will promptly re-file the Motion in accordance with the Clerk's instruction.

Respectfully submitted on March 5, 2021.    /s/ Jonathan S. Klein
Fla. Bar No. 125254
*jklein@mayerbrown.com*
Alex C. Lakatos (*pro hac vice*)
*alakatos@mayerbrown.com*
Stephen M. Medlock (*pro hac vice*)
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000 (Main)

1

2

/s/ Jaime D. Guttman
Fla. Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

*Counsel for Plaintiffs*