UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES

**MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO**,

      Plaintiffs,

v.

**NICOLAS MADURO MOROS, FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"), THE CARTEL OF THE SUNS a.k.a. CARTEL DE LOS SOLES, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, and TAREK WILLIAMSAAB**,

      Defendants.
_____/

**ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL**

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for an Order Directing Service by the U.S. Marshal's Service (the "Motion") [ECF No. 21]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for an Order Directing Service by the U.S. Marshal's Service, [ECF No. 21], is **GRANTED**.

1. The Clerk is directed to sign and issue the Summons of Cartel de Los Soles, which appears at [ECF No. 21-2].

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Service is directed to serve the Summons of Cartel de Los Soles and the Complaint on Cliver Antonio Alcala Cordones ("Alcala Cordones"), who is presently in the custody of the U.S. Marshal's Service.

3. In light of security concerns, the U.S. Marshal's Service may redact or omit from the Form 285 (Proof of Service) the location at which the U.S. Marshal's Service served Alcala Cordones.

4. No later than **10 days** after service, the U.S. Marshal's Service shall return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the docket in this action (except the completed form need not include the location at which the U.S. Marshal's Service served Alcala Cordones).

**DONE AND ORDERED** in Chambers in Miami, Florida this 5th day of April, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE