AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

*Defendant(s)*

Civil Action No. 1:21-cv-20706-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cartel de Los Soles
Care of Cliver Antonio Alcala Cordones
To be served in accordance with the Court's Order Directing Service by the U.S. Marshal's Office

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131
Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006
Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006
Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Apr 6, 2021



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts