District Court

State of Florida

Sheriff File Number – 21000180

| |
|---|
| Meudy Alban Osio<br><br>vs.<br><br>Oliver Antonio Alcala Cordones |

**Certificate of Service**

Summons, Case No. Civil Action No. 1:21-cv-20706-DPG

State of New York - County of Putnam

I, Deputy Sheriff Johnathan Bradley, Badge # 115 being duly sworn Deputy Sheriff, certifies and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York.  That on 4/27/2021 at 10:20 AM, at Putnam County Correctional Facility 3 County Center Carmel, NY 10512, deponent served the within Summons on Oliver Antonio Alcala Cordones, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Oliver Antonio Alcala Cordones personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

NON-MILITARY

At the time of service, Oliver Antonio Alcala Cordones was asked if he was in the Military Service of the U.S. Government and he replied no.

DESCRIPTION

The person served was approximately:   Skin Color: White, Hair Color: Bald/Balding, Gender:  Male, Height: 5' 6"
Weight: 200   Age 62.

| | |
|---|---|
| Johnathan Bradley<br>Deputy Sheriff | 115<br>Badge Number |