AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-20706-DPG
NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB )
)
)
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NICOLAS MADURO MOROS
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Código Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131

Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 24, 2021

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

*Defendant(s)*

Civil Action No. 1:21-cv-20706-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VLADIMIR PADRINO LOPEZ
Ministerio del Poder Popular de Defensa
Avenida Los Próceres, Fuerte Tiuna, Parroquia El Valle, Municipio Libertador, Código Postal 1090, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131

Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 24, 2021

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

*Defendant(s)*

Civil Action No. 1:21-cv-20706-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAIKEL JOSE MORENO PEREZ
Palacio de Justicia. Tribunal Supremo de Justicia
Final Avenida Baralt, Esquina Dos Pilitas, Foro Libertado, Código Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131

Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 24, 2021

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

*Defendant(s)*

Civil Action No. 1:21-cv-20706-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NESTOR LUIS REVEROL TORRES
Ministerio del Poder Popular de Relaciones Interiores y Justicia
Avenida Urdaneta, Esquina Platanal, Código Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131

Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 24, 2021

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEUDY ALBÁN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBÁN, FERNANDO ALBÁN OSIO, and MARIA FERNANDA ALBÁN OSIO

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADA REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

*Defendant(s)*

Civil Action No. 1:21-cv-20706-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAREK WILLIAM SAAB
Ministerio Público. Fiscal General
Avenida México, Esquías de Pele Ojo a Misericordia, Código Postal 1011, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime D. Guttman, Scale Law Partners, LLC, 777 Brickell Avenue Suite 500, Miami, FL 33131

Alex C. Lakatos, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Stephen M. Medlock, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

Jonathan S. Klein, Mayer Brown LLP, 1999 K Street NW, Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 24, 2021

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts