FLORENCE, COLORADO. OCTUBRE

FILED BY ___ D.C.
NOV 23 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

M/
ÁNGELA E. NOBLE
CLERK OF COURT.

REFERENCIA: CASO CIVIL N. 21 CV-20706-DPG
— No 1:21-CV-23190-FAM.

EL PASADO JUEVES 21 DE OCTUBRE RECIBÍ UNA SEGUNDA COPIA DEL CASO DE LA REFERENCIA. EN ESTE CASO ME LA DIO UN MARSHAL JUNTO CON FUNCIONARIO DE ESTA PRISIÓN.

COMO EL PASADO JULIO 1A DE 2021 ENVIÉ MI RESPUESTA AL ABOGADO JAIME R. GUTTMAN Y A USTED, EN LA QUE COMUNIQUÉ MI VOLUNTAD DE EJERCER MI DERECHO DE DEFENSA Y DE ESTAR ASISTIDO POR UN ABOGADO DE OFICIO Y QUE HABLE ESPAÑOL, HOY LE ENVÍO COPIAS DE ESAS COMUNICACIONES. ASÍMISMO CONTINÚO A LA ESPERA DE SU RESPUESTA A MI PETICIÓN DE LA ASESORÍA DEL ABOGADO.

CORDIALMENTE.

JUVENAL O. PALMERA
27896-016.

ANEXO: LO ANUNCIADO EN DOS FOLIOS
C.C: ARCHIVO PERSONAL

FLORENCE, COLORADO. JULIO 14 DE 2021.

ANGELA E. NOBLE
CLERK OF COURT.

REFERENCIA: CASO CIVIL N. 1:21-CV-20706-DPG.

EN LAS HORAS DE LA MAÑANA DEL DÍA DE HOY RECIBÍ, A TRAVÉS DEL DEPARTAMENTO JURÍDICO DE ESTA PRISIÓN, UNOS DOCUMENTOS, AL PARECER UNA DEMANDA CONTRA MI EN EL CASO DE LA REFERENCIA.

EN MI DERECHO A DEFENDERME Y A ESTAR ASISTIDO POR UN ABOGADO, POR MEDIO DE ESTA CARTA SOLICITO QUE ME NOMBREN UN ABOGADO DE OFICIO QUE, ADEMÁS, HABLE ESPAÑOL, PARA PODER COMUNICARNOS, PORQUE NO HABLO EL IDIOMA INGLÉS Y TAMPOCO CONOZCO DE LEYES.

QUEDO A LA ESPERA DE SU RESPUESTA A MI PETICIÓN.

ATENTA Y CORDIALMENTE,

JUVENAL OVIDIO RICARDO PALMERA
27896-016.

CON COPIA A ARCHIVO PERSONAL.

FLORENCE, CO. JULIO 15 DE 2021.

Sr.
JAIME D. GUTTMAN.
EN SU DESPACHO

REFERENCIA: CIVIL ACTION N. 1:21-CV-20706-DPG

AYER ENVIE UNA CARTA A LA CORTE DEL DISTRITO SUR DE FLORIDA SOLICITANDO QUE ME NOMBREN UN ABOGADO DE OFICIO PARA QUE ME REPRESENTE EN EL PROCESO DE LA REFERENCIA, PROCESO DEL QUE ME ENTERÉ HASTA AYER A TRAVÉS DEL DEPARTAMENTO JURÍDICO DE ESTA PRISION. YO NO SOY ANGLO-PARLANTE NI CONOZCO DE LEYES PERO PIENSO EJERCER EL DERECHO DE DEFENSA CON BASE EN EL CUMPLIMIENTO DEL DEBIDO PROCESO EN TODAS SUS ETAPAS.

SI LO DESEA PUEDE SOLICITAR COPIA DE LA CARTA QUE LE ESCRIBÍ A LA SEÑORA ANGELA E. NOBLE, CLERK DE LA CORTE.

CORDIALMENTE,

JUVENAL O. PALMERA

C.C.: ARCHIVO PERSONAL.

cm-21-27896 016-1182-mo-104

JUVENAL O PALMERA

Name: 27896-016
Reg No:
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Denver
TUE 16

LEGAL MAIL

U.S.M.S. INSPECTED BY:

MS. ANGELA E. NOBLE
CLERK OF COURT.
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA.
MIAMI DIVISION.
Wilkie D. Ferguson, Jr. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128