UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBÁN OSIO in her personal capacity
and in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA FERNANDA
ALBÁN OSIO**,

    Plaintiffs,
v.

**NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE COLOMBIA
("FARC"); THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES; VLADIMIR PADRINO
LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; and TAREK WILLIAM
SAAB**,

    Defendants.
_____/

## AMENDED FINAL DEFAULT JUDGEMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion to Correct the Final Default Judgment Against Defendant Cartel of the Suns. [ECF No. 69]. The Court granted Plaintiffs' initial Motion for Default Judgement Against Defendant Cartel of the Suns in a separate order, [ECF Nos. 46, 58], and previously entered a separate and final default judgment, [ECF No. 59], pursuant to Federal Rule of Civil Procedure 58(a). The Court now amends the final default judgment to include trebled damages as to Mr. Albán's torture.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Default Judgement is hereby entered in favor of Plaintiffs Meudy Albán Osio in her personal capacity and in her capacity as the personal representative of the Estate of Fernando Alberto Albán, Fernando Albán Osio, and Maria Fernanda Albán Osio, against Defendant Cartel of the Suns as follows:

1. Sixty-five million dollars ($65,000,000.00) in actual compensatory noneconomic damages for the pain, suffering and loss of companionship to the survivors of Mr. Albán, which is further trebled pursuant to Fla. Stat. § 772.13;

2. Seven million dollars ($7,000,000.00) in actual, compensatory damages for the torture of Mr. Albán, which is further trebled pursuant to Fla. Stat. § 772.13;

3. One million dollars ($1,000,000.00) in actual, compensatory damages for the defamation of Mr. Albán;

4. Zero dollars ($0.00) in punitive damages;

5. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until this judgment is satisfied;

6. The Court shall retain jurisdiction of this matter to enforce this Judgement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of February, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE