UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBÁN OSIO** in her personal capacity
and in her capacity as the personal representative
of the Estate of **FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO**, and **MARIA FERNANDA
ALBÁN OSIO**,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE COLOMBIA
("FARC"); THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES; VLADIMIR PADRINO
LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES;** and **TAREK WILLIAM
SAAB**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation (the "Report"), [ECF No. 89], regarding Plaintiffs' Motion for Default Judgement Against the Individual Defendants[1] and FARC (the "Motion"), [ECF No. 70]. On April 3, 2023, the Court granted Plaintiff's Motion for Referral of Pending Motion [ECF No. 70] for a Default Judgment Against the Individual Defendants and FARC. [ECF No. 80]. The Court subsequently referred the Motion to Judge Torres', pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on the Motion. *Id.* On July 19, 2023, Judge Torres issued his Report recommending

---

[1] The Individual Defendants are Nicolás Maduro Moros, Vladimir Padrino Lopez, Maikel Jose Moreno Perez, Nestor Luis Reverol Torres, and Tarek William Saab.

that Plaintiff's Motion be granted and Judgment entered. [ECF No. 89]. No objections were filed by either party.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion should be granted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 89], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff's Motion for Default Judgement Against the Individual Defendants and FARC, [ECF No. 70], is **GRANTED**.

3. In accordance with Federal Rule of Civil Procedure 58, final judgment shall be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE