UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBÁN OSIO in her personal capacity
and in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA FERNANDA
ALBÁN OSIO**,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS; FUERZAS
ARMADAS REVOLUCIONARIAS DE COLOMBIA
("FARC"); THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES; VLADIMIR PADRINO
LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES; and TAREK WILLIAM
SAAB**,

    Defendants.

_____/

## FINAL DEFAULT JUDGEMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Default Judgement Against the Individual Defendants and FARC, [ECF No. 70]. The Court granted the Motion in a separate order. [ECF No. 90]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate and final default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Default Judgement is hereby entered in favor of Plaintiffs Meudy Albán Osio in her personal capacity and in her capacity as the personal representative of the Estate of Fernando Alberto Albán, Fernando Albán Osio, and Maria Fernanda Albán Osio, against Defendants Nicolás Maduro Moros, Vladimir Padrino Lopez, Maikel Jose Moreno Perez, Nestor Luis Reverol Torres, Tarek William Saab, and FARC as follows:

1. Seventy-five million dollars ($75,000,000.00) in trebled compensatory noneconomic damages for the pain, suffering, and loss of companionship to Meudy Albán Osio in her personal capacity and in her capacity as the personal representative of the Estate of Fernando Alberto Albán;

2. Sixty-million dollars ($60,000,000.00) in trebled compensatory noneconomic damages for the pain, suffering, and loss of companionship to Fernando Alberto Albán Osio;

3. Sixty-million dollars ($60,000,000.00) in trebled compensatory noneconomic damages for the pain, suffering, and loss of companionship to Maria Fernanda Albán Osio;

4. Twenty-one million dollars ($21,000,000.00) in trebled actual, compensatory damages for the torture of Mr. Albán to the Estate of Fernando Alberto Albán;

5. One million dollars ($1,000,000.00) in actual, compensatory damages for the defamation of Mr. Albán only against Defendants Maduro, Saab, and Reverol;

6. Zero dollars ($0.00) in punitive damages;

7. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until this judgment is satisfied;

8. The Court shall retain jurisdiction of this matter to enforce this Judgement.

9. The Court Clerk is directed to admiratively **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE