**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-cv-20706-DPG**

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Judgment Creditors / Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Judgment Debtors/ Defendants,

_____/

## **PLAINTIFFS' NOTICE OF NINETY DAYS EXPIRING**

Pursuant to Local Rule 7.1(b)(4)(A) and mindful of the Court's heavy caseload,[1] Plaintiffs respectfully provide this notice that more than ninety days have passed since Plaintiffs' January 5, 2024 Motion for Writ of Execution on a Blocked Learjet 45 Tail Number YV2739 impounded at the Fort Lauderdale-Hollywood International Airport (ECF 94). The Motion for Writ of Execution was referred to Chief Magistrate Judge Torres on January 5, 2024 (ECF 96). Responses to the Motion for Writ of Execution were due January 19, 2024. No party appeared and opposed the Motion for Writ of Execution.

---

[1] As well as potential system mistagging.

Respectfully submitted on April 5, 2024.

/s/ Jaime D. Guttman
Fla. Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on April 5, 2024, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

/s/ Jaime D. Guttman