# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Judgment Creditors,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Judgment Debtors.

_____/

**PLAINTIFFS' LIMITED OBJECTION[1] TO ONE NARROW FACET OF THE REPORT AND RECOMMENDATION (ECF 110) ON PLAINTIFFS' MOTION FOR A WRIT OF EXECUTION**

    Magistrate Judge Torres's thoughtful report and recommendation (ECF 110) correctly recommends the granting of Plaintiffs' motion for a writ of execution on the Learjet 45 bearing tail number YV2730. Plaintiffs respectfully file this limited objection to one narrow aspect of the report and recommendation that seems to have been a clerical mistake: the statement on page six of the R&R that "the compensatory damages award, meanwhile, is $65,000,000." ECF 110 (citing ECF 59).

    This Court amended the final judgment on February 9, 2023, to clarify that it awarded an additional $7 million in pre-trebled "actual compensatory damages." Further, because the trebling

---

[1] In the alternative reconsideration, as the issue was likely just a clerical error.

of damages awarded to terrorism victims under the Anti-Terrorism Act serves as compensatory damages, this Court has recognized that trebled damages awards should count in their entirety as "compensatory damages." As a result, Plaintiffs respectfully submit that the order evaluating the R&R should state that the amount of "compensatory damages" is $216,000,000.

## RELEVANT LEGAL BACKGROUND

As this Court and others have recognized, "[u]nder Section 201(a) of the TRIA, victims of international terrorism are permitted to execute upon 'the blocked property not only of the defendant terrorist/judgment debtor, but also the defendant's agency or instrumentality." R&R at 4 (citing *Márron v. Maduro Moros*, 2023 WL 6356969, at *8 (S.D. Fla. Sept. 29, 2023)). Relevant to this narrow objection, the collection mechanism under Section 201(a) of TRIA applies up "to the extent of any compensatory damages…" TRIA § 201(a).

## RELEVANT PROCEDURAL BACKGROUND

***The orders awarding Plaintiffs' judgment provided for "compensatory" damages of $216,000,000.*** This Court has consistently recognized that Plaintiffs' compensatory damages exceed $200,000,000. In its September 5, 2022 R&R (adopted at ECF 58), the Court recommended granting default judgment against the Cartel of the Suns and recognized that post-trebled amounts are compensatory. For example, this Court characterized punitive damages as "duplicative" in light of its "award in excess of … $203 million ***in compensatory damages***." ECF 56 at 25 (emphasis added). On September 15, 2022, the Court adopted the R&R (ECF 58) and entered final default judgment in Plaintiffs' favor, awarding them $65 million in pre-trebled "actual, compensatory noneconomic damages," $7 million in "actual, compensatory damages," and an additional $1 million in "actual, compensatory damages." ECF 59.

The Court amended the final default judgment on February 9, 2023, to clarify that the $7 million awarded to Plaintiffs in "actual, compensatory damages" for the torture of Mr. Albán was trebled, pursuant to Fla. Stat. § 772.13. ECF 73.

Similarly, the Court's July 19, 2023 R&R (adopted at ECF 90) granted default judgment against FARC and the Individual Defendants and again recognized that post-trebled amounts were compensatory, finding Defendants "jointly and severally liable for ***$216 million in compensatory damages***." ECF 89 at 25 (emphasis added).

***The June 10, 2024 R&R states that the "compensatory damages award . . . is $65,000,000."*** Plaintiffs moved for a writ of execution on the Learjet 45 on January 5, 2024. ECF

2

94. The same day, the Court referred the motion to Magistrate Judge Torres for report and recommendation. ECF 96. Magistrate Judge Torres issued his R&R on June 10, 2024, and correctly recommended that this Court grant Plaintiffs' motion. ECF 110. In explaining that the amount of Plaintiffs' unsatisfied judgment exceeds the value of the blocked PDVSA Learjet, the R&R stated in relevant part: "The compensatory damages award, meanwhile, is $65,000,000." ECF 110 at 6 (citing ECF 59). The sentence needs to be revised accordingly.

## ARGUMENT

While the evidence accompanying Plaintiffs' motion explained that the entire $217 million judgment remains unsatisfied (ECF 94-4), Plaintiffs' motion omitted to note—consistent with this Court's earlier R&Rs and the orders adopting those R&Rs—that the post-trebled damages award counts in its entirety as "compensatory." *See* July 19, 2023 R&R (ECF 89) at 25, *adopted* ECF 90 ("**$216 million in compensatory damages**"); *see also* September 5, 2022 R&R (ECF 56), *adopted* ECF 58. This Court awarded $72 million in pre-trebled compensatory damages (*see* ECF 73), constituting an award of $216 million in post-trebled compensatory damages. *See* July 19, 2023 R&R (ECF 89) at 25.

Indeed, the Court's prior characterization of Plaintiffs' compensatory award accords with Eleventh Circuit law. In *Stansell v. López*, the Eleventh Circuit rejected a challenge to the District Court's characterization of trebled damages as "compensatory." 40 F.4th 1308, 1311-12 (11th Cir. 2022) ("[T]he district court found that the intent was for the entire $318 million to be deemed compensatory, and we see no abuse of discretion (or clear error) in that regard."). As the *Stansell* District Court noted when finding that trebled damages are compensatory in TRIA cases, "[t]he main purpose of TRIA is to *compensate* United States nationals who are victims of international terrorism." *Stansell v. FARC*, Case No. 1:19-20896-RNS, ECF 460 at 2 (S.D. Fla.) (emphasis added); *see also Stansell v. FARC*, 704 F.3d 910, 913 (11th Cir. 2013) (characterizing the *Stansell* Plaintiffs' award of $318 million as compensatory).

## CONCLUSION

Plaintiffs respectfully request that order adopting the R&R (ECF 110) state, consistent with this Court's prior orders, that the amount of compensatory damages awarded in this action is $216 million.

3

Respectfully submitted on June 14, 2024.

*/s/ Jaime D. Guttman*
Fla. Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on June 14, 2024, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*