UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBAN OSIO**, *et al.*,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Writ of Execution (the "Report"). [ECF No. 110]. On January 5, 2024, Plaintiffs filed their Motion for a Writ of Execution (the "Motion"). [ECF No. 94]. Defendants did not file a response to the Motion. On January 5, 2024, the Court referred the Motion to Judge Torres for a ruling. [ECF No. 96]. On June 10, 2024, Judge Torres issued his Report recommending that the Court grant Plaintiffs' Motion. [ECF No. 110]. Plaintiffs then filed a Limited Objection regarding an apparent clerical error in the stated amount of compensatory damages in the Report. [ECF No. 111]. Defendants did not file any objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record *de novo* and agrees with Plaintiffs that the correct amount of compensatory damages awarded in this action is $216 million. This Court finds no clear error with the remainder of Judge Torres' well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Limited Objection to One Narrow Facet of the Report and Recommendation (ECF 110) on Plaintiffs' Motion for a Writ of Execution, [ECF No. 111], is **SUSTAINED**;

2. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Writ of Execution, [ECF No. 110], is **AFFIRMED AND ADOPTED, in full,** and incorporated into this Order by reference, with a correction on page six of the Report that the amount of compensatory damages is $65 million;

3. Plaintiffs' Motion for a Writ of Execution, [ECF No. 94], is **GRANTED**; and

4. The Clerk shall issue a writ of execution upon the Learjet 45 (Tail Number YV2739) in accordance with Plaintiffs' proposed writ of execution, [ECF No. 94-2].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE