# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF: the Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Learjet 45 (Tail Number YV2739 impounded at the Fort Lauderdale Hollywood International Airport)

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $217,000,000 | and | 00/100 cents |

in the United States District Court for the Southern District of Florida,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Petróleos de Venezuela, S.A. ("PDVSA")

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Florida | DISTRICT Southern District of Florida |
|---|---|
| CITY Miami | DATE |

Witness the Honorable ______________________________
*(United States Judge)*

| DATE | |
|---|---|
| Jul 1, 2024 | Angela E. Noble<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>By: Philip Curtis<br>Deputy Clerk<br>[Seal: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |