IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Judgment Creditors,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Judgment Debtors,

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**
To All and Singular the Sheriffs of the State:
And the U.S. Marshal's Service:

    **YOU ARE COMMANDED TO** summon garnishee, **Shell Trading (US) Company LP**, to serve an answer to this writ on Judgment Creditors' attorney, Jaime D. Guttman, Esq., whose address is Scale Law Partners, LLC, 777 Brickell Avenue, Suite 500 Miami, FL 33131, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court at 400 North Miami Avenue, Miami, FL 33128 either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to **Petroleos de Venezuela S.A. ("PDVSA") / Petroleum Marketing International (Petromar)** at the same time

of the answer or was indebted at the time of service of this writ, or at any time between such times, and in what sum and what tangible and intangible personal property of **Petroleos de Venezuela S.A. ("PDVSA") / Petroleum Marketing International (Petromar)** the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times. The Final Judgment in the amount of **$217,000,000** (accruing interest pursuant to 28 U.S.C. ¶1961) remains outstanding.

Further the garnishee will be released from any liability and discharged upon compliance with Orders from this Court, including delivery of the blocked funds to Plaintiffs' counsel.

**WITNESS ANGELA E. NOBLE, as Clerk of the Court,** and the seal of said Court, at the

U.S. District Courthouse at Miami, Florida, this 8th day of October, 2024.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Philip Curtis*
Deputy Clerk

# NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

**NOTICE PURSUANT TO FLA. STAT. § 77.055: YOU ARE HEREBY ADVISED THAT YOU MUST MOVE TO DISSOLVE THE WRIT OF GARNISHMENT WITHIN 20 DAYS AFTER THE DATE INDICATED ON THE CERTIFICATE OF SERVICE IN THE NOTICE IF ANY ALLEGATION IN THE PLAINTIFF'S MOTION FOR WRIT OF GARNISHMENT IS UNTRUE.**

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AN REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

  1. Head of family wages. (Check either a. or b. below, if applicable.)
  a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
  b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
  2. Social Security benefits.
  3. Supplemental Security Income benefits.
  4. Public assistance (welfare).
  5. Workers' Compensation.
  6. Reemployment assistance or unemployment compensation.
  7. Veterans' benefits.
  8. Retirement or profit-sharing benefits or pension money.
  9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
  10. Disability income benefits.
  11. Prepaid College Trust Fund or Medical Savings Account.
  12. Other exemptions as provided by law.
  (explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:

Telephone number:

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature

Date:_____

STATE OF FLORIDA
COUNTY OF

Sworn and subscribed to before me this day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known OR Produced Identification:_____

Type of Identification Produced:_____