UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBAN OSIO,** *et al.*,

  Plaintiffs,

v.

**NICOLAS MADURO MOROS,** *et al.*,

  Defendants.

_____/

<u>**ORDER**</u>

  **THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Writs of Garnishment (the "Report"). [ECF No. 173]. On August 16, 2024, Plaintiffs filed their Motion for Issuance of Writs of Garnishment (the "Motion"). [ECF No. 138]. Defendants did not file a response to the Motion. On August 19, 2024, the Court referred the Motion to Judge Torres for a ruling. [ECF No. 141]. On October 1, 2024, Judge Torres issued his Report recommending that the Court grant Plaintiffs' Motion. [ECF No. 173]. No objections to the Report were filed.

  A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed

1

only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Torres' well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Writs of Garnishment, [ECF No. 173], is **AFFIRMED AND ADOPTED,** and incorporated into this Order by reference; and

2. Plaintiffs' Motion for Issuance of Writs of Garnishment, [ECF No. 138], is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE