UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBAN OSIO,** *et al.*,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS,** *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Turnover Judgment as to Blocked Funds (the "Report"). [ECF No. 174]. On September 10, 2024, Plaintiffs filed their Motion for a Final Turnover Judgment as to Certain Additional Blocked Funds per ECF No. 101 (the "Motion"). [ECF No. 155]. No response or objection has been filed by Defendants or any non-party.[1] On September 12, 2024, the Court referred the Motion to Judge Torres for a ruling. [ECF No. 159]. On September 27, 2024, Plaintiffs filed their Supplement to the Motion certifying that Plaintiffs conferred with Italbank and that the Motion was served upon Italbank. [ECF No. 172]. On October 1, 2024, Judge Torres issued his Report recommending that the Court grant Plaintiffs' Motion. [ECF No. 174]. No objections to the Report were filed.

---

[1] Garnishee Italbank International, Inc. ("Italbank"), a third-party holder of the at-issue funds, did file an answer to Plaintiffs' Writ of garnishment, which is related to the Motion. [ECF No. 136].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Torres' well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Turnover Judgment as to Blocked Funds, [ECF No. 174], is **AFFIRMED AND ADOPTED,** and incorporated into this Order by reference;

2. Plaintiffs' Motion for a Final Turnover Judgment as to Certain Additional Blocked Funds per ECF No. 101, [ECF No. 155], is **GRANTED**; and

3. Italbank shall disburse to Plaintiffs' counsel the subject funds, *i.e.*, the $244,712.33 that Italbank has represented it holds in the Instituto Aueropuerto de Maiquetia's name via a CD account, and the $252,030.00 Italbank has represented it holds in the Instituto Aueropuerto de Maiquetia name via a checking account.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE