**U.S. Department of Justice**
United States Marshals Service

OCT 17 2024

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>MEUDY ALBÁN OSIO et al | COURT CASE NUMBER<br>1:21-cv-20706-DPG |
| DEFENDANT<br>NICOLAS MADURO MOROS et al | TYPE OF PROCESS<br>TRIA execution order for sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PdVSA, Learjet 45, Tail no. YV2739
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Fort Lauderdale Hollywood Airport, 100 Terminal Dr, Fort Lauderdale, FL 33315

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Alex Lakatos<br>Mayer Brown LLC<br>1999 K Street, N.W.<br>Washington. D.C. 20006 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. ☐ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Signature Aviation is assiting with the sale of the aircraft. The contact person at Signature Aviation is Ms. Chris Rosensteel, (954) 359-0264 (office); (954) 294-9222 (cell); chris.rosensteel@SignatureAviation.com.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (202)2 63-3312 | Oct 10, 24 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 04 | 04 | HF | 10/17/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | Date<br>10-29-24 | Time<br>10:00 ☒ am ☐ pm |
| Address *(complete only different than shown above)*<br>4050 SW 11 Terrace<br>Ft. Lauderdale, FL 33315 | Signature of U.S. Marshal or Deputy<br>[signature] | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS
10-29-24 - Pursant to writ of execution, levied on above aircraft

FILED BY ____ D.C.
OCT 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21