IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs / Judgment Creditors,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Defendants / Judgment Debtors,

_____/

## JUDGMENT CREDITORS' MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT

The Judgment Creditors respectfully file this motion for a writ of garnishment for funds that there blocked by BBVA Compass Bank / PNC Bank pursuant to the Venezuela regulations implemented by the Office of Foreign Assets Control ("OFAC"). The funds belong to Petroleos de Venezuela S.A. ("PDVSA") an instrumentality of the Judgment Debtors.

### PROCEDURAL HISTORY

As this Court has already held, PDVSA is an instrumentality of the Judgment Debtors because of its central role in their money laundering operations. ECF Nos. 110, 113. PDVSA.

Moreover, this Court recognized that OFAC blocking of PDVSA "will help prevent further diverting of Venezuela's assets by Maduro" and that "PDVSA has long been a vehicle for

1

corruption." ECF 110. "Additionally, OFAC has identified PDVSA as the 'primary conduit for corruption' by Maduro and described PDVSA as a Maduro-created 'secret network to evade sanctions' and to 'plunder Venezuela's resources for personal gain.' *Id*.

Thereafter, on July 1, 2024, the Court adopted the Report and Recommendations issued by Chief Magistrate Judge Torres (ECF 110) and granted a writ of execution on a PDVSA airplane. (ECF 113).

## ARGUMENT

Judgment Creditors, in conjunction with this motion, submit a writ for blocked funds belonging to Petroleos de Venezuela S.A. ("PDVSA"). Because this writ implements the findings of ECF Nos. 110 and 113, that this Court has already entered—this Court should grant the writ enclosed herein.

## CONCLUSION

A writ of garnishment should issue for the blocked funds of Petroleos de Venezuela S.A. ("PDVSA"). The proposed writ of garnishment is attached as Exhibit "A."

Respectfully submitted on November 8, 2024.

*/s/ Jaime D. Guttman*
Fla. Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

*Counsel for Plaintiffs / Judgment Creditors*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document on November 8, 2024 through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*