UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBAN OSIO,** *et al.*,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS,** *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Turnover Judgment as to Blocked Funds (the "Report"). [ECF No. 224]. On October 20, 2024, Plaintiffs filed their Motion for a Final Turnover Judgment as to Blocked PDVSA[1] Funds (the "Motion"). [ECF No. 207]. No response or objection to the Motion has been filed by Defendants or any non-party.[2] On October 22, 2024, the Court referred the Motion to Judge Torres for a ruling. [ECF No. 214]. On November 5, 2024, Judge Torres issued his Report recommending that the Court grant Plaintiffs' Motion. [ECF No. 224]. No objections to the Report were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

---

[1] Petroleos de Venezuela, S.A. ("PDVSA").
[2] M&T Bank Corporation filed an Answer to the Writ of Garnishment. [ECF No. 176].

Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Torres' well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion for Turnover Judgment as to Blocked Funds, [ECF No. 224], is **AFFIRMED AND ADOPTED,** and incorporated into this Order by reference;

2. Plaintiffs' Motion for a Final Turnover Judgment as to Blocked PDVSA Funds, [ECF No. 207], is **GRANTED**; and

3. M&T Bank Corporation shall turnover to Plaintiffs the Blocked Funds, in the amount of $7,677,084.39 held by M&T Bank Corporation in the name of PDVSA and its wholly owned subsidiary (the PDVSA Pension Fund) and certificate holders (APJ International, APJ PDV, and Fondo Prev Trab PDVSA), less the $5,000.00 in administrative expenses that M&T Bank Corporation is entitled to withhold for the parties' agreement, for a total turnover amount of $7,672,084.39 (plus any accrued interest from the date on which the funds were blocked to the date of disbursement).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of November, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE