# EXHIBIT 1

**U. S. Department of Justice**
**United States Marshals Service**
**Southern District of Florida**
**Notice of U.S. Marshals Service Sale**

CASE No. 1:21-CV-20706-DPG
MEUDY ALBAN OSIO ET AL.,
vs.
NIÇOLAS MADURO MOROS ET AL.,

By virtue of a Court's Writ of Execution dated July 1, 2024 [ECF No. 114] issued by the United States District Court for Southern District of Florida, NOTICE is hereby given that I will sell by public auction for cashiers or certified check ONLY (with the exception of bids placed by Plaintiff), on **January 16, 2025, at 12:00 pm** at Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Avenue, Miami FL 33128, outside the main ground floor security entrance in the covered pedestrian walkway that passes through the center ground floor of the courthouse the following item:

- **2011 Learjet 45, Tail umber YV2739, Aircraft Manufacturer's Serial Number 45-425, along with her engines, boilers, equipment, apparel, furnishings, freights, and appurtenances, etc.**

The successful bidder shall deposit with the U.S. Marshals Service at the close of the sale, 10 percent (10%) of the bid price by cashier's or certified funds check, ***made payable to the U.S. Marshals Service***. Before being permitted to bid at the sale, bidders shall present proof to the Marshal that they are able to comply with this requirement otherwise will not be allowed to bid. The balance of the purchase price of the successful bidder (unless Plaintiff's credit bid prevails, without added cash), must be paid within 72 hours after the sale. If the Plaintiff is the successful bidder at the sale, the United States Marshal Service shall credit the Plaintiff's bid amount, minus the costs of the sale, against the Plaintiff's Judgment Amount. Failure to pay the balance in accordance with the terms of the sale by the successful bidder shall result in the forfeiture of the monies deposited and the item may be re-offered for sale.

The subject property is are being sold "AS IS" and "WHERE IS" and "SUBJECT TO": (1) without any representation regarding any potential hidden damage or defects of any nature, known or unknown, and with no representations, warranties, or guarantees whatsoever, express or implied, regarding the property's condition, nature, value, source, authenticity, fitness, merchantability, and/or any other aspect or characteristics of the property; (2) subject to all outstanding liens, liabilities, claims or encumbrances, known or unknown; (3) subject to restrictions, prohibitions, rules, regulations and other requirements imposed by U.S., state or local governmental or future sales and use taxes, if any.

**Judgment Amount: $ 217,000,000.00 exclusive of costs and attorneys' fees.**

**Dated this 2 day of December 2, 2024,**

**Attorney for Plaintiff**

Alex C. Lakatos, Esq.,
Mayer Brown LLP
1999 K. Street, N.W.
Washington, DC 20006

Gadyaces S. Serralta, United States Marshal

Publish in the Miami New Times on: 12/12/24, 12/19/24, 12/26/24 & 1/2/25