UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBÁN OSIO in her personal capacity
and in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA FERNANDA
ALBÁN OSIO**,

     Plaintiffs,

v.

**NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIAS DE COLOMBIA
("FARC"), THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES, VLADIMIR PADRINO
LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR
LUIS REVEROL TORRES, and TAREK WILLIAM
SAAB**,

     Defendants.

_____/

**ORDER**

     **THIS CAUSE** comes before the Court on JP Morgan's Motion to Consolidate and Transfer the *Stansell* and *Osio* Interpleader Proceedings to the Southern District of New York (the "Motion"). [ECF No. 325]. On November 8, 2024, the Court referred all post-judgment matters to Magistrate Judge Edwin G. Torres. On January 27, 2025, Judge Torres issued his Report and Recommendation (the "Report") recommending that the Motion be granted. [ECF No. 357]. Plaintiffs have timely objected to the Report. [ECF No. 369].

     A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the Report, the record, and Judge Robert N. Scola, Jr.'s Order adopting Judge Torres' Report in the *Stansell* proceeding (the "*Stansell* Order"). Case No. 19-cv-20896-CIV-Scola [ECF No. 687]. The Court agrees with Judge Torres and Judge Scola's well-reasoned analysis and conclusion that the Motion should be granted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 357], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. JPMorgan's Motion to Consolidate and Transfer the *Stansell* and *Osio* Interpleader Proceedings to the Southern District of New York, [ECF No. 325], is **GRANTED**.

3. As detailed in the *Stansell* Order, the following pleadings are consolidated and transferred to the Southern District of New York:

   (a) JPMorgan's Answer, Counterclaim and Third-Party Complaint for Relief in Interpleader. [ECF No. 242] and [*Stansell*, ECF No. 585];

   (b) the *Osio* and *Stansell* Plaintiffs' Motions to Dismiss JPMorgan's Counterclaim and Third-Party Complaint [ECF No. 300] and [*Stansell*, ECF No. 603];

   (c) the *Stansell* Plaintiffs' Motion for Entry of Final TRIA Turnover Judgment Regarding the Valero Account. [*Stansell*, ECF No. 624];

   (d) the *Osio* Plaintiffs' Motion to Compel Production of Documents from Valero Energy. [ECF No. 262]; and

(e) *Osio* and *Stansell* Plaintiffs' Motion to Direct Deposit into Court Registry. [*Stansell*, ECF No. 629].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE