UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20706-GAYLES/TORRES

**MEUDY ALBÁN OSIO in her personal capacity
and in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA FERNANDA
ALBÁN OSIO**,

    Plaintiffs,

v.

**NICOLAS MADURO MOROS, FUERZAS
ARMADAS REVOLUCIONARIAS DE COLOMBIA
("FARC"), THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES, VLADIMIR PADRINO
LOPEZ, MAIKEL JOSE MORENO PEREZ; NESTOR
LUIS REVEROL TORRES, and TAREK WILLIAM
SAAB**,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Plaintiffs' Unopposed Motion for Final Turnover Judgment as to Blocked Banco Bicentenario Certificate of Deposit Funds Held by Garnishee Italbank (the "Motion"). [ECF No. 244]. On November 8, 2024, the Court referred all post-judgment matters to Magistrate Judge Edwin G. Torres. On March 12, 2025, Judge Torres issued his Report and Recommendation (the "Report") recommending that the Motion be granted. [ECF No. 383]. No party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report and the record for clear error and agrees with Judge Torres' well-reasoned analysis and conclusion that the Motion should be granted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 383], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiffs' Unopposed Motion for Final Turnover Judgment as to Blocked Banco Bicentenario Certificate of Deposit Funds Held by Garnishee Italbank, [ECF No. 244], is **GRANTED**.

3. Italbank shall disburse to Plaintiffs' counsel the blocked Banco Bicentenario funds that Italbank holds, i.e., the $10,723,893.64 (plus accrued interest) within seven (7) days of this Order. Italbank shall be deemed released and absolved from any liability relating to the disbursement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE