IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Judgment Creditors / Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Judgment Debtors / Defendants.

_____/

## NOTICE OF COMPLIANCE WITH TURNOVER JUDGMENT
(*Italbank International, ECF No. 400*)

Judgment Creditors respectfully provide notice that Italbank International has complied with the Turnover Judgment dated April 9, 2025 (ECF No. 400). Accordingly, Italbank shall be released and absolved from liability as provided in the order ECF No. 400.

Respectfully submitted on April 17, 2025.

                                          */s/ Jaime D. Guttman*
                                          Fla. Bar No. 44076
                                          jaime@scale.law
                                          Scale Law Partners, LLC
                                          777 Brickell Avenue, Suite 500
                                          Miami, FL 33131
                                          (786) 273-9033 (Main)

*/s/ Alex C. Lakatos*
Alex C. Lakatos (*pro hac vice*)
alakatos@mayerbrown.com
Cloe M. Anderson (*pro hac vice*)
canderson@mayerbrown.com
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000 (Main)

*Counsel for Plaintiffs / Judgment Creditors*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on April 17, 2025, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*