**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MEUDY ALBÁN OSIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NICOLÁS MADURO MOROS, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-20706-DPG |

**NON-PARTY PDVSA'S UNOPPOSED MOTION**
**TO CONTINUE THE HEARING SET FOR JUNE 9, 2025**

Pursuant to Rule 7.1(a)(1)(G) of the Local Rules, Non-Party Respondent Petróleos de Venezuela, S.A. ("PDVSA") hereby moves this Court for an order continuing the hearing set for June 9, 2025 (ECF 457), to any time convenient for the Court from the week of June 16 onwards.[1] In support of its Motion, PDVSA states as follows:

1. Yesterday, on May 13, 2025, the Court entered an order scheduling a hearing for June 9, 2025, regarding PDVSA's objections to Magistrate Judge Edwin G. Torres's Report and Recommendation (ECF 401) on PDVSA's motion to vacate the July 1, 2024 order.

2. PDVSA respectfully requests that this Court grant PDVSA a short extension and continue the June 9, 2025 hearing to any time convenient for the Court from the week of June 16 onwards because lead counsel for PDVSA, Claire DeLelle, has an oral argument in the United States Court of Appeals for the Eleventh Circuit two business days before argument in this case. *See* Order, *Devengoechea v. Bolivarian Republic of Venezuela*, No. 24-10029 (11th Cir. Apr. 2,

---

[1] By filing this motion, PDVSA does not waive and expressly preserves any and all rights, privileges, immunities, and defenses, including without limitation as to service of process and personal and subject-matter jurisdiction.

2025) (setting argument for June 5, 2025). A short extension is necessary to ensure adequate preparation given the complexity and volume of the record at issue in this case, which includes more than 460 docket entries. The short continuance is requested not to delay the proceeding in any way, but due to the scheduling conflicts which will not allow sufficient time to prepare for a hearing before this Court. Undersigned counsel appreciates the Court's consideration in this regard.

3. Counsel for Plaintiffs/Judgment Creditors do not oppose PDVSA's request to continue the hearing.

## CONCLUSION

For the foregoing reasons, PDVSA respectfully requests that the Court continue the hearing and enter the order attached to this Motion.

## RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel conferred with counsel for Plaintiffs and the relevant garnishees in a good faith effort to resolve the issues raised in the motion. Counsel for Plaintiffs advised that Plaintiffs have no objection to PDVSA's request. Counsel for StoneX Corp. advised that StoneX is available for a hearing at any time up to and including June 27, 2025. Counsel for non-party garnishees JP Morgan Chase Bank and Pierce Manufacturing advised that their clients do not oppose PDVSA's request. Counsel for Valero Energy Corporation and Valero Marketing and Supply Company advised that their clients do not oppose PDVSA's request, but are not available for a hearing on June 18, 2025. Counsel for Shell Trading (US) Company advised that their client takes no position.

Dated:  May 14, 2025

Respectfully submitted,

**WHITE & CASE LLP**

By: /s/ *Jaime A. Bianchi*
Jaime A. Bianchi
W. Dylan Fay
200 S Biscayne Blvd.
Miami, FL 33131
(305) 371-2700
jbianchi@whitecase.com
dylan.fay@whitecase.com

Claire A. DeLelle (*pro hac vice*)
Danielle S. Tarin (*pro hac vice* forthcoming)
Blair E. Trahan (*pro hac vice*)
Benedict S. Bernstein (*pro hac vice*)
701 Thirteenth Street N.W.
Washington, D.C. 20005
(202) 626-6485
claire.delelle@whitecase.com
danielle.tarin@whitecase.com
blair.trahan@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Petróleos de Venezuela, S.A.*