**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-cv-20706-DPG**

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

  Judgment Creditors / Plaintiffs,
v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

  Judgment Debtors / Defendants,

_____/

## JUDGMENT CREDITORS' NOTICE OF FILING ANSWER TO WRIT OF GARNISHMENT

 Judgment Creditors respectfully provide notice they have received the enclosed Answer to Writ of Garnishment served upon undersigned via email by counsel for Baker Hughes.

 Respectfully submitted on June 25, 2025.

            */s/ Jaime D. Guttman*
            Fla. Bar No. 44076
            *jaime@scale.law*
            Scale Law Partners, LLC
            777 Brickell Avenue, Suite 500
            Miami, FL 33131
            (786) 273-9033 (Main)

            *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document on June 25, 2025, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*