**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-cv-20706-DPG**

MEDUY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Judgment Creditors,

    vs.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB,

    Judgment Debtors.
_____/

## BAKER HUGHES COMPANY'S ANSWER TO WRIT OF GARNISHMENT

Baker Hughes Company ("BHC"), by and through its undersigned counsel and pursuant to Florida Statutes § 77.04, hereby responds to the Writ of Garnishment (the "Writ") served upon it by the Judgment Creditors, and states as follows:

1. Baker Hughes Company was served with the Writ on May 9, 2025.
2. Pursuant to an agreement with counsel for the Judgment Creditors, Mr. Guttman, the deadline for Baker Hughes Company to respond to the Writ was extended by email correspondence to July 3, 2025.
3. Baker Hughes Company is not, and was not at the time of service of the Writ, indebted to Petroleos de Venezuela S.A. and/or its subsidiaries ("PDVSA") in any amount or manner.
4. Baker Hughes Company does not hold and did not hold at the time of service of the Writ, or at any time thereafter, any tangible or intangible personal property belonging to PDVSA in its possession or control.
5. Baker Hughes Company is not aware of any person who is indebted to PDVSA or who possesses property of PDVSA.
6. Baker Hughes Company responds to this Writ of Garnishment out of the abundance of caution

but does not waive any right to object on any of the following (but not limited to) grounds: objections regarding improper service, jurisdiction, or identity as garnishee.

WHEREFORE, Baker Hughes Company respectfully requests that the Court dissolve the writ of garnishment.

Dated: June 26, 2025        By: _____

Christopher M. Campbell, Esq.
Senior Counsel – Litigation
Baker Hughes Company
Admitted in South Carolina and Texas

*This answer was provided by Baker Hughes Company via email to Counsel, Mr. Guttman, who is submitting the same to the court*