IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-cv-20706-DPG

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIO, and MARIA
FERNANDA ALBÁN OSIO,

    Plaintiffs / Judgment Creditors,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

    Defendants / Judgment Debtors.

_____/

## JUDGMENT CREDITORS' NOTICE OF EXTENSION OF WRIT OF GARNISHMENT (ECF No. 675)

Pursuant to Fla. Stat. § 77.07(5), Plaintiffs/Judgment Creditors file this Notice to Extend Writs of Garnishment (ECF No. 675), and state the following:

1. The Writs of Garnishment were issued on September 5, 2025.

2. By filing this Notice to Extend, pursuant to Fla. Stat. § 77.07(5), the Writ of Garnishment <u>automatically as a matter of statutory right</u> may be enforced an additional six (6) months, which extends the expiration date until September 5, 2026.

| | |
|---|---|
| Respectfully submitted on February 18, 2026. | */s/ Jaime D. Guttman* <br> Jaime D. Guttman (Fla. Bar No. 44076) <br> *jaime@scale.law* <br> Scale Law Partners, LLC <br> 777 Brickell Avenue, Suite 500 <br> Miami, FL 33131 <br> (786) 273-9033 (Main) <br><br> *Counsel for Plaintiffs / Judgment Creditors* |

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2026, I filed this document on CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime Guttman*