**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-20706-GAYLES/TORRES**

**MEUDY ALBÁN OSIO in her personal capacity**
**and in her capacity as the personal representative**
**of the Estate of FERNANDO ALBERTO ALBÁN, et al.,**

      Plaintiffs,

v.

**NICOLAS MADURO MOROS, et al.,**

      Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Alban Judgment Creditors' Motion to Dismiss JPMorgan Chase Bank, N.A.'s Counterclaim and Third-Party Complaint for Relief in Interpleader in Response to Writ of Garnishment on Blocked Account of Raytheon-DIANCA (the "Motion"). [ECF No. 302]. On November 8, 2024, the Court referred all post-judgment matters to Magistrate Judge Edwin G. Torres. [ECF No. 233]. On August 4, 2025, Judge Torres issued his Report and Recommendation (the "Report") recommending that the Motion be denied. [ECF No. 623]. No party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Torres's well-reasoned analysis and recommendation that the Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 623], is **ADOPTED in FULL**.

2. Alban Judgment Creditors' Motion to Dismiss JPMorgan Chase Bank, N.A.'s Counterclaim and Third-Party Complaint for Relief in Interpleader in Response to Writ of Garnishment on Blocked Account of Raytheon-DIANCA, [ECF No. 302], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE