**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-CV-20706-GAYLES/TORRES**

|  |  |
|---|---|
| MEUDY ALBÁN OSIO, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>NICOLÁS MADURO MOROS, *et al.*,<br><br>      *Defendants*. | Case No. 1:21-cv-20706-Gayles/Torres |

**WHITE & CASE LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PETRÓLEOS DE VENEZUELA, S.A., PETROCEDEÑO, S.A., PETROMONAGAS, S.A., AND BANCO BICENTENARIO**

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(A) of the Southern District of Florida, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, all White & Case LLP attorneys who have entered appearances in the above-captioned matter hereby request leave of the Court to withdraw as counsel of record for non-party Respondents Petróleos de Venezuela, S.A. ("PDVSA"); Petrocedeño, S.A.; Petromonagas, S.A.; and Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer, y Comunas, Banco Universal, C.A. ("Banco Bicentenario") (collectively, "non-party Respondents"). This motion is unopposed. In support, undersigned counsel submit as follows:

1.      White & Case has been counsel of record for PDVSA since November 27, 2024, ECFs 281, 283; Petrocedeño since August 13, 2025, ECFs 643, 644; Petromonagas since September 11, 2025, ECFs 682, 683; and Banco Bicentenario since October 16, 2025, ECFs 722, 723.

2.     On August 21, 2025, this Court stayed proceedings in this action "[a]s to PDVSA and PDVSA's property" pending a "decision of the United States Court of Appeals for the Eleventh Circuit in *Meudy Osio v. Petroleos de Venezuela, S.A.* (PDVSA), No. 25-12365 (11th Cir.)." Paperless Order, ECF 665 (emphasis added). This Court ordered: "Briefing regarding all pending motions, writs, or other filings involving PDVSA and its property is STAYED, and deadlines are tolled until this Court rules otherwise." *Id.*

3.     On November 25, 2025, this Court also stayed all "pending motions . . . filed by and related to Banco Bicentenario" pending resolution of a dispute in proceedings in the Southern District of New York as to counsel authorized to represent Banco Bicentenario. Paperless Order, ECF 768.

4.     On March 11, 2026, in the New York proceedings, the United States filed a Statement of Interest advising that it "is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." U.S. Statement of Interest 1–2, *In re Claims Against the Valero-Petrocedeño Account*, No. 20-mc-249 (S.D.N.Y. Mar. 11, 2026), ECF 228.

5.     On April 29, 2026, counsel engaged by representatives of PDVSA, Petrocedeño, and Petromonagas under the newly recognized administration of interim President Delcy Rodríguez entered his appearance. ECF 833; *see also* ECFs 744, 745, 748 (entering appearances on behalf of Banco Bicentenario).

6.     Under these circumstances, good cause exists to temporarily lift the stays for the limited purpose of granting White & Case's motion to withdraw. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (recognizing "power to stay proceedings" as "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort"); *see also Patriot Underwriters, Inc. v. Select PEO, Inc.*, No. 12-cv-61546, 2013 U.S. Dist.

LEXIS 199728, at *3–5 (S.D. Fla. June 4, 2013) (recognizing court's "inherent authority to issue a stay to control the disposition of its docket" and to lift stay for good cause (citation omitted)).

7.  In accordance with Local Rule 11.1(d)(3)(A), the undersigned has served notice of this withdrawal on PDVSA, Petrocedeño, Petromonagas, and Banco Bicentenario, as well as on Plaintiffs' counsel. In addition, the undersigned has conferred with Plaintiffs' counsel regarding this motion in accordance with Local Rule 7.1(a)(3). Plaintiffs do not oppose the relief requested.

8.  This motion is made in good faith and not for the purpose of delay. All future communications concerning this matter should be directed to Marcos Jiménez and Stephen Stallings of León Cosgrove Jiménez, LLP, 225 Alhambra Cir., 8th Floor, Miami, FL 33134.

9.  Undersigned counsel thus respectfully requests that the Court enter an Order granting this motion and discharging White & Case from any and all further obligations of representation for PDVSA, Petrocedeño, Petromonagas, and Banco Bicentenario in this matter. A proposed Order granting this motion has been submitted pursuant to Local Rule 7.1(a)(2).

Dated:  May 7, 2026

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Jaime Bianchi*
Jaime Bianchi (Fla. Bar 908533)
W. Dylan Fay (Fla. Bar 125673)
200 S Biscayne Blvd.
Miami, FL 33131
(305) 371-2700
jbianchi@whitecase.com
dylan.fay@whitecase.com

Claire A. DeLelle (*pro hac vice*)
Danielle S. Tarin (*pro hac vice*)
Michael Mahaffey (*pro hac vice*)
701 Thirteenth Street NW
Washington, DC 20005
(202) 626-6485
claire.delelle@whitecase.com
danielle.tarin@whitecase.com
michael.mahaffey@whitecase.com